# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH DANNY PROPHET, | ) | 1:07cv1372 OWW DLB |
| | ) | |
| Plaintiff, | ) | ORDER DENYING PLAINTIFF'S MOTION FOR COUNSEL |
| v. | ) | ORDER GRANTING PLAINTIFF ADDITIONAL TIME TO FILE OBJECTIONS |
| ALLISON DUNHAM, et al., | ) | (Document 8) |
| Defendants. | ) | |

Plaintiff Joseph Danny Prophet ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this action. Plaintiff filed his complaint on September 19, 2007. On October 2, 2007, the Court issued Findings and Recommendation that the complaint be dismissed without leave to amend. Plaintiff was instructed that objections were due within thirty (30) days of the date of service of that order.

On October 22, 2007, Plaintiff filed a motion to appoint counsel and a request for an extension of time to file objections. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 298, 109 S.Ct. 1814, 1816 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997). Without a reasonable method of securing and compensating counsel, this

1 court will seek volunteer counsel only in the most serious and exceptional cases.

2     In the present case, the Court does not find the required exceptional circumstances. <u>See</u>
3 <u>Rand</u>, 113 F.3d at 1525.  Even if it is assumed that Plaintiff is not well versed in the law and that
4 he has made serious allegations which, if proved, would entitle him to relief, his case is not
5 exceptional.  This Court is faced with similar cases almost daily.  Therefore, plaintiff's request
6 for the appointment of counsel shall be DENIED.

7     Pursuant to Plaintiff's request for additional time, he is GRANTED twenty (20) days
8 from the date of service of this order within which to file his objections to the October 2, 2007,
9 Findings and Recommendation.

10     IT IS SO ORDERED.

11     **Dated:**   **October 23, 2007**　　　　　　　　　　**/s/ Dennis L. Beck**
                                                                               UNITED STATES MAGISTRATE JUDGE