UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH D. PROPHET,<br><br>            Plaintiff,<br><br>     v.<br><br>ALLISON DUNHAM, et al.,<br><br>            Defendants. | 1:07-cv-1372 OWW DLB P<br><br>ORDER RE: FINDINGS AND<br>RECOMMENDATIONS REGARDING<br>DISMISSAL OF ACTION |

    This case was filed September 19, 2007, and Findings and Recommendations of the Magistrate Judge to Dismiss the Action were filed October 2, 2007.  The claim alleges that a Deputy District Attorney of Sacramento County submitted inadmissible evidence concerning a "disability" that was used against him resulting in a criminal conviction.  Plaintiff contends the prosecutor violated his Federal and State rights.  He also sues his own attorney as a Defendant, but does not state any facts concerning that Defendant.

    The Court has reviewed *de novo* pursuant to the provisions of 28 U.S.C. § 636 the case and Findings and Recommendations of the Magistrate Judge and untimely "Motion to Object Recommendation" was filed November 16, 2007, nonetheless, the filing has been

1

1  considered.

2      Plaintiff cannot invoke Federal jurisdiction for his claims
3  based on the absolute immunity of prosecutors from civil suits
4  for damages under 42 U.S.C. § 1983.  *Embler v. Pachtman*, 424 U.S.
5  409 (1976) (presentation of evidence at trial is inherently a
6  prosecutorial quasi-judicial function and entitled to absolute
7  immunity).  A lawsuit against Plaintiff's own attorney for
8  alleged failures in representation during his criminal case also
9  invoke State law claims and no State action or Federal law is
10 implicated.

11     For all these reasons, Plaintiff's complaint is DISMISSED
12 WITH PREJUDICE.

13
14 IT IS SO ORDERED.
15 Dated:   November 24, 2007            /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE